SEALED
s/ dominicfrank

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ORDERED UNSEALED on 04/17/2024 s/ dominicfra

UNITED STATES OF AMERICA,

Plaintiff,

v.

PEDRO FRANCISCO SALAS, aka
PEDRO FRANISCO SALAS,

Defendant.

Case No.: **24MJ1329**

COMPLAINT FOR VIOLATION OF:

Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm

The undersigned complainant being duly sworn states:

COUNT ONE

On or about March 19, 2024, within the Southern District of California, defendant PEDRO FRANCISCO SALAS, aka PEDRO FRANISCO SALAS, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a loaded .9mm caliber SCCY CPX-2 model handgun bearing serial number 642995; in violation of Title 18, United States Code, Section 922(g)(1).

*Amanda Renteria*
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 4th day of April 2024.

[signature]
HON. VALERIE E. TORRES
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On March 19, 2024, at approximately 7:43 a.m., patrolling San Diego Police Department ("SDPD") Officers observed a Honda Accord, driving near 3800 Midway Drive, with dark window tint obstructing the front windows in violation of California Vehicle Code § 26708(a)(1). Based on the violation, the Officers conducted a traffic stop of the vehicle.

Officers identified Pedro Fransisco SALAS as the driver and sole occupant of the vehicle. Because the front window could not roll down, SALAS had to open the door to communicate with the Officers. Officers also then immediately observed a glass bulbous pipe with a burnt end and white crystalline residue in plain view under the radio in the center console. SALAS admitted he had an open "bag of weed" on his front passenger seat which the Officer retrieved. SALAS was then placed under arrest for possession of drug paraphernalia.

During a search of the vehicle, Officers recovered a 9mm caliber SCCY CPX-2 model handgun bearing serial number 642995 that was fully loaded with ten rounds of ammunition and two additional loose rounds of 9mm ammunition. Records checks revealed that the handgun had been reported as stolen. The fully loaded handgun and ammunition were found in a backpack which included letters of mail with SALAS's name on them. In the rear passenger area, Officers found a handgun waistband holster and a shoulder slung handgun holster. On the passenger seat Officers found a zipper pouch bag which contained a zip lock bag of a white crystal-like substance, which based on the Officer's training and experience he believed to be a controlled substance. In the center console, a small digital scale was found. Based on the Officers training and experience scales like the one found in SALAS's vehicle are used to measure controlled substances for drug sales.

//

//

//

//

Records checks on SALAS revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 08/02/2018 | CASO – San Diego | Cal. P.C. § 29800(A)(1) – Felon/Addict Possession of Firearm (Felony) | 2 years prison |
| 11/24/2008 | CASD – San Diego | Cal. P.C. § 12020(A)(1) – Manufacture/Possess Dangerous Weapon | 16 months prison |
| 02/06/2007 | CASO/CAPD – San Diego | Cal. H.S. § 11378 – Possession of a Controlled Substance for Sale | 16 months prison |
| 01/19/2006 | CASO/CAPD – San Diego | Cal. H.S. § 11378 – Possession of a Controlled Substance | 16 months prison |
| 12/07/2000 | CASO – San Diego | Cal. H.S. § 11377(A) – Possession of a Controlled Substance | 2 years prison |
| 07/06/1998 | CASO – San Diego | Cal. H.S. § 11377(A) – Possession of Controlled Substance (Felony) | 380 days jail |
| 08/07/1996 | CASO – San Diego | Cal. P.C. Cal. § 12031(A)(1) – Carry Loaded Firearm in Public Place (Misdemeanor) | 3 years' probation |
| 07/14/1993 | CASO – San Diego | Cal. P.C. Cal. § 273.5(A) – Inflict Corporal Injury on Spouse/Cohabitant (Misdemeanor); Cal. P.C. Cal. § 136.1(B)(1) – Prevent/Dissuade Witness Reporting (Misdemeanor) | 90 days jail |

The firearm and ammunition were seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California. Therefore, the firearms traveled in, and/or affected interstate commerce to arrive in the state of California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.